

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00152-CV

---

Sitio Permian, LP, f/k/a KMF Land, LLC, and Incline Permian II, LLC, Appellants

v.

PRP Delaware Basin, LP and Red River Energy Partners, LLC, Appellees

---

### On Appeal from the 143rd District Court
### Reeves County, Texas
### Trial Court No. 24-09-25364-CVR

---

## MEMORANDUM OPINION

Appellants appealed from the trial court's January 20, 2026 judgment, but neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On April 20, 2026, the Clerk of this Court notified Appellants that this appeal could be dismissed if they failed to pay the filing fees by April 30, 2026. The Clerk further notified Appellants that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Appellants neither paid the filing fees nor otherwise responded to the Clerk's notice.

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

LISA J. SOTO, Justice

May 11, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.